UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Cynthia M. Munroe,                          Civil File No. 05-89 (PAM/RLE)

    Plaintiff,

  v.

Northwest Airlines Holdings Corporation;
Northwest Airlines Corporation;             **ORDER FOR DISMISSAL**
Northwest Airlines, Inc., and               **WITH PREJUDICE**
Northwest Aircraft, Inc.,

    Defendants.

Based upon the foregoing Stipulation for Dismissal with Prejudice entered into by and between the plaintiff and the defendants, and upon all of the files, records and proceedings herein,

IT IS HEREBY ORDERED that the above-entitled action is hereby dismissed with prejudice and on the merits, without cost to any of the parties hereto.

LET JUDGMENT BE ENTERED ACCORDINGLY.

                            BY THE COURT:

Dated: November 17, 2010         s/Paul A. Magnuson
                                       Judge Paul A. Magnuson
                                       United States District Court